22 cr 128 NEB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-XXX (XXX)

UNITED STATES OF AMERICA,

           Plaintiff,                    INFORMATION

v.                               21 U.S.C. § 331(k)
                                      21 U.S.C. § 333(a)(2)
JENNIFER DRAHEIM,                21 U.S.C. § 351(d)

           Defendant.

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1
(Adulteration of a Drug)

On or about October 30, 2019, in the State and District of Minnesota, the defendant,

JENNIFER DRAHEIM,

with the intent to defraud and mislead, caused a quantity of the prescription drug morphine

sulfate to be adulterated while the morphine sulfate was being held for sale after being

shipped in interstate commerce; specifically, the defendant caused the morphine sulfate to

be adulterated pursuant to 21 U.S.C. § 351(d), in that the defendant mixed a substance with

the morphine sulfate so as to reduce the morphine sulfate's quality and strength, and in that

the defendant substituted a substance wholly or in part for the morphine sulfate, all in

violation of Title 21, United States Code, Sections 331(k) and 333(a)(2).

Dated: June 24, 2022                ANDREW M. LUGER
                                  United States Attorney

                                  s/ *Lauren O. Roso*

                                  BY:  LAUREN O. ROSO
                                  Assistant U.S. Attorney
                                  Attorney ID No. 397306



SCANNED
JUN 24 2022
U.S. DISTRICT COURT MPLS